# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Rodney Wallace**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00157-FDW |
| | ) | |
| v. | ) | |
| | ) | |
| George T. Solomon,  Hubert | ) | |
| Corpening, Betty Brown, and | ) | |
| Andrew Martin Menhinick**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 6, 2018 Order.

April 6, 2018

_Frank G. John_

Frank G. Johns, Clerk
United States District Court